THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GARRETT WATSON, Defendant-Appellant.

(No. 58678;

First District (3rd Division)—February 14, 1974.

PER CURIAM.
MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.